Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALVIN GREENBERG, MICHAEL STEINBERG, and JULIE HANSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 2:21-cv-00898-RSL<br><br>**STIPULATION AND ORDER EXTENDING RESPONSIVE PLEADING DEADLINE AND SETTING BRIEFING SCHEDULE** |

The Parties, by and through their counsel, stipulate and agree as follows:

1. Plaintiffs Alvin Greenberg, Michael Steinberg, and Julie Hanson (together, "Plaintiffs") filed their Class Action complaint against Defendant Amazon.com, Inc. ("Amazon") (together with Plaintiffs, the "Parties") on July 2, 2021..

2. Under Fed. R. Civ. P. 4(d)(3), Amazon's deadline to respond to the Complaint by motion or answer is currently August 31, 2021.

3. Amazon requested additional time in order to investigate the claims and assertions in Plaintiffs' Complaint in connection with formulating its response.

4. The Parties met and conferred and agreed to extend the time within which Amazon may answer or otherwise respond to the Complaint by approximately one month. Plaintiffs and Amazon therefore stipulate and agree to extend Amazon's deadline to answer or otherwise respond to the complaint by thirty-one (31) days, from August 31, 2021, to October 1, 2021.

5. Amazon informed Plaintiffs it plans to file a motion to dismiss Plaintiffs' Complaint, so the Parties further met and conferred to agree to a briefing schedule, as the Parties believe that it would conserve the resources of the Court and the Parties to set a briefing schedule for Amazon's forthcoming motion to dismiss that aligns with the Parties' conflicting obligations in other matters.

6. The Parties' proposed briefing schedule would not affect the date of any event or deadline already fixed by Court order, as this action is at an early stage and there has been no responsive pleading or discovery.

7. The Parties therefore stipulate, agree and respectfully request that the Court enter an Order establishing the following:

   a. Amazon's deadline to answer, move to dismiss, or otherwise respond to the Complaint shall be October 1, 2021.

   b. Plaintiffs' deadline to respond to any motion to dismiss filed by Defendants shall be November 5, 2021.

   c. Amazon's deadline to file any reply in support of any motion to dismiss shall be November 19, 2021.

1 | IT IS SO STIPULATED.

2 | DATED: August 3, 2021

By: /s/ Steve W. Berman
       STEVE W. BERMAN

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman (WSBA #12536)
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

Ben Harrington (*pro hac vice pending*)
Benjamin J. Siegel (*pro hac vice pending*)
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: benh@hbsslaw.com
Email: bens@hbsslaw.com

ATTORNEYS FOR PLAINTIFFS

DATED: August 3, 2021

By: /s/ Stephen M. Rummage
      Stephen M. Rummage, WSBA 11168
By: /s/ James E. Howard
      James E. Howard, WSBA 37259
By: /s/ Sarah E. Cox
      Sarah E. Cox, WSBA 46703

DAVIS WRIGHT TREMAINE LLP
Stephen M. Rummage (WSBA #11168)
James E. Howard (WSBA #37259)
Sarah E. Cox (WSBA #46703)
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: 206.757.8136; Fax: 206.757.7700
Email: steverummage@dwt.com
Email: jimhoward@dwt.com
Email: sarahcox@dwt.com

GIBSON, DUNN & CRUTCHER LLP
KRISTIN A. LINSLEY (*pro hac vice forthcoming*)
RACHEL S. BRASS (*pro hac vice forthcoming*)
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Tel: 415.393.8200; Fax: 415.393.8306
Email: klinsley@gibsondunn.com
Email: rbrass@gibsondunn.com

ATTORNEYS FOR DEFENDANT
AMAZON.COM, INC.

# ORDER

For the reasons set forth above, IT IS SO ORDERED:

1. Amazon's deadline to answer, move, or otherwise respond to the Complaint shall be October 1, 2021.

2. Plaintiffs' deadline to respond to Defendants' Motion to Dismiss shall be November 5, 2021.

3. Amazon's deadline to file any reply in support of its Motion to Dismiss shall be November 19, 2021.

Dated: August 5, 2021

*[signature]*
The Honorable Robert S. Lasnik
United States District Judge