The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALVIN GREENBERG, MICHAEL STEINBERG, JULIE HANSON, CHRISTINA KING, and RONNELL ROBERTSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-CV-00898-RSL<br><br>**STIPULATION AND ORDER EXTENDING RESPONSIVE PLEADING DEADLINE AND SETTING BRIEFING SCHEDULE** |

1

The Parties, by and through their counsel, stipulate and agree as follows:

1. Plaintiffs Alvin Greenberg, Michael Steinberg, Julie Hanson, Christina King, and Ronnell Robertson (together, "Plaintiffs") filed their Amended Class Action complaint against Defendant Amazon.com, Inc. ("Amazon") (together with Plaintiffs, the "Parties") on October 22, 2021. Pursuant to Fed. R. Civ. P. 15(a)(3), Amazon's deadline to respond to the Amended Complaint was November 5, 2021.

2. Prior to the deadline for its response, Amazon requested additional time in order to investigate the claims and assertions in Plaintiffs' Amended Complaint in connection with formulating its response.

3. The Parties met and conferred and, on November 3, 2021, agreed to extend the time within which Amazon may answer or otherwise respond to the Amended Complaint by approximately one month.  Plaintiffs and Amazon therefore stipulated and agreed that Amazon's deadline to answer or otherwise respond to the complaint should be extended to December 3, 2021.

4. During the Parties' November 3, 2021 meet and confer, Amazon informed Plaintiffs it plans to file a motion to dismiss Plaintiffs' Amended Complaint, so the Parties agreed to request a briefing schedule that would conserve the resources of the Court and the Parties and align with the Parties' conflicting obligations.

5. The Parties' proposed briefing schedule would not affect the date of any event or deadline already fixed by Court order, as this action is at an early stage and there has been no responsive pleading or discovery.

6. The Parties therefore stipulate, agree and respectfully request that the Court enter an Order establishing the following:

    a. Amazon's deadline to answer, move to dismiss, or otherwise respond to the Amended Complaint shall be December 3, 2021.

    b. Plaintiffs' deadline to respond to any motion to dismiss filed by Defendants shall be January 14, 2022.

    c. Amazon's deadline to file any reply in support of any motion to dismiss shall be February 4, 2022.

1    IT IS SO STIPULATED.

2    DATED:  November 9, 2021                    By:  */s/  Steve W. Berman*_____

3                                                        STEVE W. BERMAN

4                                                HAGENS BERMAN SOBOL
                                                 SHAPIRO LLP
5                                                Steve W. Berman (WSBA #12536)
                                                 1301 Second Avenue, Suite 2000
6                                                Seattle, Washington 98101
                                                 Telephone: (206) 623-7292
7                                                Facsimile: (206) 623-0594
                                                 Email: steve@hbsslaw.com

8                                                Ben Harrington (*admitted pro hac vice*)
                                                 Benjamin J. Siegel (*admitted pro hac
9                                                vice*)
                                                 715 Hearst Avenue, Suite 202
10                                               Berkeley, California 94710
                                                 Telephone: (510) 725-3000
11                                               Facsimile: (510) 725-3001
                                                 Email: benh@hbsslaw.com
12                                               Email: bens@hbsslaw.com

13                                               ATTORNEYS FOR PLAINTIFFS

14   DATED:  November 9, 2021                    By:  */s/  Stephen M. Rummage*_____
15                                                        STEPHEN M. RUMMAGE
                                                 DAVIS WRIGHT TREMAINE LLP
16                                               Stephen M. Rummage, WSBA #11168
                                                 steverummage@dwt.com
17                                               James E. Howard, WSBA #37259
                                                 jimhoward@dwt.com
18                                               Sarah Cox, WSBA #46703
                                                 sarahcox@dwt.com
19                                               920 Fifth Avenue, Suite 3300
                                                 Seattle, WA 98104-1610
20                                               Telephone:    206.757.8136
                                                 Facsimile:    206.757.7700

21                                               GIBSON, DUNN & CRUTCHER LLP
                                                 KRISTIN A. LINSLEY (*admitted pro
22                                               hac vice*)
                                                 klinsley@gibsondunn.com
23                                               RACHEL S. BRASS (*admitted pro hac
                                                 vice*)
24                                               rbrass@gibsondunn.com
                                                 555 Mission Street, Suite 3000
25                                               San Francisco, CA 94105-0921
                                                 Telephone:    415.393.8200
26                                               Facsimile:    415.393.8306

27                                               ATTORNEYS FOR DEFENDANT,
                                                 AMAZON.COM, INC.
28

                                                 3

**ORDER**

For the reasons set forth above, IT IS SO ORDERED:

1.  Amazon's deadline to answer, move, or otherwise respond to the Amended
    Complaint shall be December 3, 2021.

2.  Plaintiffs' deadline to respond to Defendants' Motion to Dismiss shall be January 14,
    2022.

3.  Amazon's deadline to file any reply in support of its Motion to Dismiss shall be
    February 4, 2022.

Dated:  November 10, 2021.

The Honorable Robert S. Lasnik
United States District Court Judge

STIPULATION AND ORDER EXTENDING RESPONSIVE
PLEADING DEADLINE AND SETTING BRIEFING SCHEDULE
CASE NO. 2:21-CV-00898-RSL