UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALVIN GREENBERG, MICHAEL STEINBERG, JULIE HANSON, CHRISTINA KING, and RONNELL ROBERTSON, on behalf of themselves and all others similarly situate, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a Delaware corporation, <br><br> Defendant. | Case No. 2:21-cv-00898-RSL <br><br> **STIPULATED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

STIPULATED MOTION FOR LEAVE TO
FILE SECOND AMENDED COMPLAINT

**HAGENS BERMAN**

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 15, the parties and their respective counsel stipulate as follows:

1. Rule 15(a)(2) of the Federal Rules of Civil Procedure permits Plaintiffs to amend their complaint with the consent of the Defendant. The parties have met and conferred, and Defendant has consented to Plaintiffs filing their Second Amended Complaint ("SAC"), without prejudice to Defendant's rights and defenses, including filing a motion challenging the SAC under Rule 12.

2. Pursuant to Local Rule 15, a clean copy of the SAC is attached as Exhibit A and a redline copy of the SAC is attached as Exhibit B.

3. Pursuant to their prior Joint Status Report (Dkt. 52), by September 27, 2024, the Parties will submit a supplemental Joint Status Report with proposed modifications to the case schedule, including a proposed deadline for Amazon's response to the SAC.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel of record, and the Parties ask the Court to order that:

1. Plaintiffs file their SAC, substantially in the form of Exhibit A, no later than seven (7) days from the date the Order is entered.

2. No later than September 27, 2024, the Parties shall submit proposed modifications to the case schedule.

DATED: September 19, 2024              Respectfully submitted,

/s/ *Steve W. Berman*
Steve W. Berman (SBN 12536)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

STIPULATED MOTION FOR LEAVE TO
FILE SECOND AMENDED COMPLAINT - 1                    **HAGENS BERMAN**

| | |
|---|---|
| 1 | Ben Harrington (*pro hac vice*) |
| 2 | Benjamin J. Siegel (*pro hac vice*) |
|   | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | 715 Hearst Avenue, Suite 300 |
|   | Berkeley, CA  94710 |
| 4 | Telephone: (510) 725-3000 |
|   | Facsimile:  (510) 725-3001 |
| 5 | Email: benh@hbsslaw.com |
|   |            bens@hbsslaw.com |

*Attorneys for Plaintiffs and the Proposed Class*

DATED: September 19, 2024        Respectfully submitted,

/s/ *John A. Goldmark*
Stephen M. Rummage, WSBA #11168
John A. Goldmark, WSBA #40980
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: steverummage@dwt.com
           johngoldmark@dwt.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION FOR LEAVE TO
FILE SECOND AMENDED COMPLAINT - 2

HAGENS BERMAN

**ORDER**

The Court GRANTS the Parties' stipulated motion. Within seven (7) days of this Order, Plaintiffs may file their Second Amended Complaint (substantively in the form of Exhibit A). No later than September 27, 2024, the Parties shall submit proposed modifications to the case schedule.

Dated this 20th day of September, 2024.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge