UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALVIN GREENBERG, MICHAEL STEINBERG, JULIE HANSON, CHRISTINA KING, and RONNELL ROBERTSON, on behalf of themselves and all others similarly situate,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:21-cv-00898-RSL<br><br>**JOINT STATUS REPORT AND STIPULATED MOTION** |

JOINT STATUS REPORT AND STIPULATED
MOTION (2:21-CV-00898-RSL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1. On October 4, 2024, the Court entered an Order Setting Trial Date and Related Dates. Dkt. 69. In that Order, the Court set a deadline for the parties to agree on custodians, search terms, and structured data, or to submit to the Court outstanding disputes on these issues. *Id.* at 1.

2. On December 4, 2024, Amazon filed a Motion for Protective Order on a primary area on which the Parties disagree as to the scope of discovery. Dkt. 78. That motion is noted for December 18, 2024.

3. The Parties otherwise have been negotiating custodians, search terms, and structured data, and believe additional time may be useful in narrowing, and potentially resolving, outstanding disputes.

4. The Parties accordingly jointly move to extend the deadline for agreement or presentation of disputes on search terms, custodians, and structured data to January 10, 2025. This affords additional time for negotiations and accounts for intervening holidays and out-of-office schedules.

5. This extension will not require changes to any other case deadlines.

IT IS SO STIPULATED.

DATED: December 13, 2024                   Respectfully submitted,

*/s/ Steve W. Berman*
Steve W. Berman (SBN 12536)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com

Ben Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Email: benh@hbsslaw.com
         bens@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

JOINT STATUS REPORT AND STIPULATED MOTION (2:21-CV-00898-RSL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED: December 13, 2024

Respectfully submitted,

*/s/ John A. Goldmark*
Stephen M. Rummage, WSBA #11168
John A. Goldmark, WSBA #40980
MaryAnn T. Almeida, WSBA #49086
Nicholas A. Valera, WSBA # 54220
Caitlyn G. Cowan, WSBA #62344
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: steverummage@dwt.com
          johngoldmark@dwt.com
          jakefreed@dwt.com
          maryannalmeida@dwt.com
          nickvalera@dwt.com
          caitlyncowan@dwt.com

John Freed, *admitted pro hac vice*
Davis Wright Tremaine LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Email: jakefreed@dwt.com

Ryan Shores, *admitted pro hac vice*
Nowell D. Bamberger, *admitted pro hac vice*
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500
Email: rshores@cgsh.com
          nbamberger@cgsh.com

Jennifer Kennedy Park, *admitted pro hac vice*
Matthew Yelovich, *admitted pro hac vice*
Cleary Gottlieb Steen & Hamilton LLP
1841 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 815-4100
Email: jkpark@cgsh.com
          myelovich@cgsh.com

Charity E. Lee, *admitted pro hac vice*
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Email: charitylee@cgsh.com

*Attorneys for Defendant Amazon.com, Inc.*

JOINT STATUS REPORT AND STIPULATED
MOTION (2:21-CV-00898-RSL) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

The Court GRANTS the Parties' stipulated motion. The deadline for the Parties to agree on custodians, search terms, and structured data, or to present disputes on those issues, is extended to January 10, 2025.

Dated this 18th day of December, 2024.

*[signature]*

Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

JOINT STATUS REPORT AND STIPULATED MOTION (2:21-CV-00898-RSL) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax