The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALVIN GREENBERG, MICHAEL STEINBERG, JULIE HANSON, CHRISTINA KING, and RONNELL ROBERTSON, on behalf of themselves and all others similarly situate,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:21-cv-00898-RSL<br><br>**JOINT STATUS REPORT AND STIPULATED MOTION**<br><br>*Note on motion calendar:*<br>January 10, 2025 |

1. On October 4, 2024, the Court entered an Order Setting Trial Date and Related Dates. Dkt. 69. In that Order, the Court set a deadline for the parties to agree on custodians, search terms, and structured data, or to submit to the Court outstanding disputes on these issues. *Id.* at 1.

2. On December 4, 2024, Amazon filed a Motion for Protective Order on a primary area on which the Parties disagree as to the scope of discovery. Dkt. 78. That motion was noted for December 18, 2024.

3. On December 13, 2024, the Parties filed a Joint Status Report and Stipulated Motion informing the Court that the Parties had been "negotiating custodians, search terms, and structured data, and believe additional time may be useful in narrowing, and potentially resolving, outstanding disputes." Dkt. No. 81. The Parties requested an extension to January 10, 2025, of the deadline for

JOINT STATUS REPORT AND STIPULATED MOTION – 1
No. 2:21-cv-00898-RSL

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

agreement or presentation of disputes on search terms, custodians, and structured data. Dkt. 81. On December 18, 2024, the Court granted the Parties' stipulated motion. Dkt. 84. Also on December 18, 2024, Amazon filed its Reply in support of its Motion for Protective Order. Dkt. 85.

4. The Parties have continued to actively negotiate custodians, search terms, and structured data parameters, and have made significant progress narrowing disputes. Due to the complexities involved however, including with respect to Amazon's data, the Parties believe that additional time to negotiate these matters is warranted and will help minimize, if not eliminate, disputes requiring judicial involvement.

5. The Parties accordingly jointly move to extend the deadline for agreement or presentation of disputes on search terms, custodians, and structured data as follows:

**January 24, 2025:** Deadline for agreement on custodians and search terms, or submission of any outstanding disputes.

**February 10, 2025:** Deadline for agreement on structured data to be produced, or submission of any outstanding disputes.

**April 11, 2025:** Deadline for production of structured data.

6. These deadlines contemplate that the Parties will make rolling productions of documents and data, as materials are ready for production.

7. The Parties do not anticipate the foregoing extensions to require additional changes to case deadlines.

IT IS SO STIPULATED.

DATED: January 10, 2025

Respectfully submitted,

/s/ *Steve W. Berman*
Steve W. Berman (SBN 12536)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com



1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

|   |   |   |
|---|---|---|
| 1 | | Ben Harrington (*pro hac vice*) |
| 2 | | Benjamin J. Siegel (*pro hac vice*) |
|   | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | | 715 Hearst Avenue, Suite 300 |
|   | | Berkeley, CA 94710 |
| 4 | | Telephone: (510) 725-3000 |
|   | | Facsimile: (510) 725-3001 |
| 5 | | Email: benh@hbsslaw.com |
|   | |       bens@hbsslaw.com |

*Attorneys for Plaintiffs and the Proposed Class*

DATED: January 10, 2025

Respectfully submitted,

/s/ *John A. Goldmark*
Stephen M. Rummage, WSBA #11168
John A. Goldmark, WSBA #40980
MaryAnn T. Almeida, WSBA #49086
Nicholas A. Valera, WSBA # 54220
Caitlyn G. Cowan, WSBA #62344
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: steverummage@dwt.com
    johngoldmark@dwt.com
    maryannalmeida@dwt.com
    nickvalera@dwt.com
    caitlyncowan@dwt.com

John Freed, *admitted pro hac vice*
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Email: jakefreed@dwt.com

Ryan Shores, *admitted pro hac vice*
Nowell D. Bamberger, *admitted pro hac vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500
Fax: (202) 974-1999
Email: rshores@cgsh.com
    nbamberger@cgsh.com

Jennifer Kennedy Park, *admitted pro hac vice*
Matthew Yelovich, *admitted pro hac vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 815-4100
Email: jkpark@cgsh.com
    myelovich@cgsh.com



```
 1
 2                                         Charity E. Lee, *admitted pro hac vice*
                                           One Liberty Plaza
 3                                         CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                           New York, New York  10006
 4                                         Telephone: (212) 225-2000
                                           Fax: (212) 225-3999
 5                                         Email: charitylee@cgsh.com

 6                                         *Attorneys for Defendant Amazon.com, Inc.*
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

JOINT STATUS REPORT AND STIPULATED MOTION – 4
No. 2:21-cv-00898-RSL

**[PROPOSED] ORDER**

The Court GRANTS the Parties' stipulated motion. The deadlines are extended as follows:

**January 24, 2025:** Deadline for agreement on custodians and search terms, or submission of any outstanding disputes.

**February 10, 2025:** Deadline for agreement on structured data to be produced, or submission of any outstanding disputes.

**April 11, 2025:** Deadline for production of structured data.

SO ORDERED this ___ day of January, 2025.

_____
Robert S. Lasnik
United States District Judge

JOINT STATUS REPORT AND STIPULATED MOTION – 5
No. 2:21-cv-00898-RSL



1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX