UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALVIN GREENBERG, MICHAEL STEINBERG, JULIE HANSON, CHRISTINA KING, and RONNELL ROBERTSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>and<br><br>STATE OF WASHINGTON,<br><br>Proposed Plaintiff-Intervenor,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | NO. 2:21-CV-00898-RSL<br><br>STIPULATED MOTION AND ORDER RE STATE OF WASHINGTON'S INTERVENTION AS PLAINTIFF UNDER FED. R. CIV. P. 5.1 AND 28 U.S.C. § 2403(b) |

Pursuant to LCR 7(d)(1), the undersigned parties respectfully stipulate to Proposed Plaintiff-Intervenor the State of Washington's intervention in the above-captioned matter, and the State of Washington respectfully requests that the Court grant intervention as a matter of right. Such intervention shall be for the limited purpose of defending the constitutionality of the

STIPULATED MOTION AND ORDER RE
STATE OF WASHINGTON'S INTERVENTION
AS PLAINTIFF UNDER FED. R. CIV. P. 5.1
AND 28 U.S.C. § 2403(b) - 1

Washington Consumer Protection Act (CPA), RCW 19.86, as interpreted by the Washington Supreme Court in *Greenberg, et al. v. Amazon.com, Inc.*, 3 Wash. 3d 434, 553 P.3d 626 (2024).

Defendant Amazon.com, Inc.'s Motion to Dismiss under Rule 12(b)(6) and Motion to Strike Class Allegations under Rule 12(f) (Dkt. 73), among other things, challenges the application of the CPA, as interpreted and applied by the Washington Supreme Court's answer to this Court's certified questions to Plaintiffs' allegations in this case. *See* Dkt. 73 at 13 n.10. On November 21, 2024, Defendant Amazon.com, Inc. filed a notice of constitutional challenge. Dkt. 77.

Pursuant to Federal Rule of Civil Procedure 5.1(c) and 28 U.S.C. § 2403(b), the State "shall [be] permit[ted] . . . to intervene . . . on the question of constitutionality." 28 U.S.C. § 2403(b). The parties are not requesting any alteration of dates previously set by the Court, but request the Court enter the following stipulated briefing schedule regarding the State's substantive brief in opposition to Amazon's Motion to Dismiss:

- The State's opposition brief shall be filed on or before January 29, 2025;
- Replies by Plaintiffs and/or Amazon to the State's brief, if any, shall be filed on or before February 26, 2025.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 15th day of January, 2025.

NICHOLAS W. BROWN
Attorney General

*s/ Ben Brysacz*
BEN BRYSACZ, WSBA #54683
Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Ben.Brysacz@atg.wa.gov

*Attorneys for Proposed Plaintiff-Intervenor State of Washington*

| | |
|---|---|
| 1 | |
| 2 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | /s Steve W. Berman (via email) |
|   | STEVE W. BERMAN, WSBA #12536 |
| 4 | 1301 Second Avenue, Suite 2000 |
|   | Seattle, WA 98101 |
| 5 | (206) 623-7292 |
| 6 | steve@hbsslaw.com |
| 7 | BEN HARRINGTON (*pro hac vice*) |
|   | BENJAMIN SIEGEL (*pro hac vice*) |
| 8 | John Michael Grant (*pro hac vice forthcoming*) |
|   | 715 Hearst Avenue, Suite 300 |
| 9 | Berkeley, CA 94710 |
| 10 | (510) 725-3000 |
|    | benh@hbsslaw.com |
| 11 | bens@hbsslaw.com |
|    | john.grant@hbslaw.com |
| 12 | |
| 13 | *Attorneys for Plaintiffs and the Proposed Class* |
| 14 | DAVIS WRIGHT TREMAINE LLP |
| 15 | s/ John Goldmark (via email) |
|    | STEPHEN M. RUMMAGE, WSBA #11168 |
| 16 | JOHN GOLDMARK, #40980 |
|    | MARYANN T. ALMEIDA, WSBA #49086 |
| 17 | NICK VALERA, WSBA #54220 |
| 18 | CAITLYN G. COWAN, WSBA #62344 |
|    | 920 Fifth Avenue, Suite 3300 |
| 19 | Seattle, WA 98104-1610 |
|    | (206) 622-3150 |
| 20 | steverummage@dwt.com |
| 21 | johngoldmark@dwt.com |
|    | maryyannalmeida@dwt.com |
| 22 | nickvalera@dwt.com |
|    | caitlyncowan@dwt.com |
| 23 | |
| 24 | JOHN D. FREED (*pro hac vice*) |
|    | 50 California St., Suite 2300 |
| 25 | San Francisco, CA 94111 |
|    | (415) 276-6500 |
| 26 | jakefreed@dwt.com |

STIPULATED MOTION AND ORDER RE
STATE OF WASHINGTON'S INTERVENTION
AS PLAINTIFF UNDER FED. R. CIV. P. 5.1
AND 28 U.S.C. § 2403(b) - 3

| | |
|---|---|
| 1 | |
| 2 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 3 | RYAN SHORES (*pro hac vice*) |
| | NOWELL D. BAMBERGER (*pro hac vice*) |
| 4 | 2112 Pennsylvania Avenue, NW |
| | Washington, DC 20057 |
| 5 | (202) 974-1500 |
| | rshores@cgsh.com |
| 6 | nbamberger@cgsh.com |
| 7 | |
| | JENNIFER KENNEDY PARK (*pro hac vice*) |
| 8 | MATTHEW YELOVICH (*pro hac vice*) |
| | 1841 Page Mill Road, Suite 250 |
| 9 | Palo Alto, CA 94304 |
| | (650) 815-4100 |
| 10 | jkpark@cgsh.com |
| | myelovich@cgsh.com |
| 11 | |
| 12 | CHARITY E. LEE (*pro hac vice*) |
| | One Liberty Plaza |
| 13 | New York, New York 10006 |
| | (212) 225-2000 |
| 14 | charitylee@cgsh.com |
| 15 | |
| | *Attorneys for Defendant Amazon.com, Inc.* |

1    PURSUANT TO STIPULATION, IT IS SO ORDERED. The Clerk of Court is directed
2 to renote defendant's motion to dismiss (Dkt. # 73) on the Court's calendar for February 26,
3 2025.

    Dated this 16th day of January, 2025.

                                    *signature*
                                    Robert S. Lasnik
                                    United States District Judge