The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALVIN GREENBERG, MICHAEL STEINBERG, JULIE HANSON, CHRISTINA KING, and RONNELL ROBERTSON, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a Delaware corporation,

Defendant.

No. 2:21-CV-00898-RSL

**JOINT STATUS REPORT AND STIPULATED MOTION**

NOTE ON MOTION CALENDAR: February 10, 2025

1. On October 4, 2024, the Court entered an Order Setting Trial Date and Related Dates. Dkt. 69. In that Order, the Court set a November 4, 2024 deadline for the parties to agree on custodians, search terms, and structured data, or to submit to the Court outstanding disputes on these issues. *Id.* at 1.

2. On December 4, 2024, Amazon filed a Motion for Protective Order regarding the range of products to be covered by its structured data productions. Dkt. 78. That motion was noted for December 18, 2024 and is fully briefed. *See* Dkt Nos. 83 (Response) and 85 (Reply).

3. Through stipulations previously so-ordered by the Court (Dkt. Nos. 84 & 90), the Parties agreed to extend the deadlines for negotiating custodians and search terms until January 24, 2025. The Parties also agreed to extend the deadline for negotiating structured data until February 10, 2025.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

4. The Parties reached agreement on custodians and search terms by the January 24, 2025 deadline, subject to appropriate reservations of rights.

5. The Parties have also made substantial progress negotiating parameters for Amazon's structured data productions, significantly narrowing areas of dispute. Negotiations are ongoing and concern multiple datasets potentially bearing on the claims and defenses in this action. Given the complexities involved, the Parties believe that additional time to fully negotiate data parameters is warranted and will help minimize, if not eliminate, disputes requiring judicial involvement.

6. The Parties accordingly jointly move to extend from February 10, 2025 to March 3, 2025 the deadline for agreement or presentation of disputes regarding structured data. The Parties also move to extend the deadline for production of structured data from April 11, 2025, to May 2, 2025.

7. Datasets will be produced on a rolling basis as they are ready for production.

8. The Parties are not at this time requesting any further extensions to case deadlines.

IT IS SO STIPULATED

DATED: February 10, 2025                    Respectfully submitted,

*/s/ John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn T. Almeida, WSBA #49086
Nick Valera, WSBA # 54220
Caitlyn G. Cowan, WSBA #62344
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: johngoldmark@dwt.com
       maryannalmeida@dwt.com
       nickvalera@dwt.com
       caitlyncowan@dwt.com

JOINT STATUS REPORT AND STIPULATED MOTION
(2:21-CV-00898-RSL) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

John Freed, *admitted pro hac vice*
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Email: jakefreed@dwt.com

Ryan Shores, *admitted pro hac vice*
Nowell D. Bamberger, *admitted pro hac vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500
Email: rshores@cgsh.com
nbamberger@cgsh.com

Jennifer Kennedy Park, *admitted pro hac vice*
Matthew Yelovich, *admitted pro hac vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 815-4100
Email: jkpark@cgsh.com
myelovich@cgsh.com

Charity E. Lee, *admitted pro hac vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Email: charitylee@cgsh.com

*Attorneys for Defendant Amazon.com, Inc.*

DATED: February 10, 2025

Respectfully submitted,

*/s/ Steve W. Berman*

Steve W. Berman (SBN 12536)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

JOINT STATUS REPORT AND STIPULATED MOTION
(2:21-CV-00898-RSL) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Ben Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: benh@hbsslaw.com
bens@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

JOINT STATUS REPORT AND STIPULATED MOTION
(2:21-CV-00898-RSL) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**[PROPOSED] ORDER**

The Court GRANTS the Parties' stipulated motion. The deadline for the Parties to agree on custodians, search terms, and structured data, or to present disputes on those issues, is extended to March 3, 2025. The deadline for production of structured data is extended to May 2, 2025.

SO ORDERED this ___ day of February, 2025.

_______________________________
Robert S. Lasnik
United States District Judge

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax