1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14
15

| | |
|---|---|
| ALVIN GREENBERG, MICHAEL STEINBERG, JULIE HANSON, CHRISTINA KING, and RONNELL ROBERTSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-CV-00898-RSL<br><br>**JOINT STATUS REPORT AND STIPULATED MOTION** |

16   1.      On October 4, 2024, the Court entered an Order Setting Trial Date and Related

17   Dates. Dkt. 69.  In that Order, the Court set a November 4, 2024 deadline for the parties to agree on

18   custodians, search terms, and structured data, or to submit to the Court outstanding disputes on these

19   issues. *Id.* at 1.

20   2.      On December 4, 2024, Amazon filed a Motion for Protective Order regarding the

21   range of products to be covered by its structured data productions. Dkt. 78. That motion was noted

22   for December 18, 2024 and is fully briefed.  *See* Dkt Nos. 83 (Response) and 85 (Reply).

23   3.      Through stipulations previously so-ordered by the Court (Dkt. Nos. 84 & 90), the

24   Parties agreed to extend the deadlines for negotiating custodians and search terms until January 24,

25   2025.  The Parties also agreed to extend the deadline for negotiating structured data until February

26   10, 2025.

27

JOINT STATUS REPORT AND STIPULATED MOTION
(2:21-CV-00898-RSL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

4.      The Parties reached agreement on custodians and search terms by the January 24, 2025 deadline, subject to appropriate reservations of rights.

5.      The Parties have also made substantial progress negotiating parameters for Amazon's structured data productions, significantly narrowing areas of dispute.  Negotiations are ongoing and concern multiple datasets potentially bearing on the claims and defenses in this action.  Given the complexities involved, the Parties believe that additional time to fully negotiate data parameters is warranted and will help minimize, if not eliminate, disputes requiring judicial involvement.

6.      The Parties accordingly jointly move to extend from February 10, 2025 to March 3, 2025 the deadline for agreement or presentation of disputes regarding structured data.  The Parties also move to extend the deadline for production of structured data from April 11, 2025, to May 2, 2025.

7.      Datasets will be produced on a rolling basis as they are ready for production.

8.      The Parties are not at this time requesting any further extensions to case deadlines.

IT IS SO STIPULATED

DATED: February 10, 2025                Respectfully submitted,


                                        */s/ John A. Goldmark*
                                        John A. Goldmark, WSBA #40980
                                        MaryAnn T. Almeida, WSBA #49086
                                        Nick Valera, WSBA # 54220
                                        Caitlin G. Cowan, WSBA #62344
                                        DAVIS WRIGHT TREMAINE LLP
                                        920 Fifth Avenue, Suite 3300
                                        Seattle, WA 98104-1610
                                        Telephone: (206) 622-3150
                                        Email: johngoldmark@dwt.com
                                               maryannalmeida@dwt.com
                                               nickvalera@dwt.com
                                               caitlyncowan@dwt.com

John Freed, *admitted pro hac vice*
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Email: jakefreed@dwt.com

Ryan Shores, *admitted pro hac vice*
Nowell D. Bamberger, *admitted pro hac vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500
Email: rshores@cgsh.com
        nbamberger@cgsh.com

Jennifer Kennedy Park, *admitted pro hac vice*
Matthew Yelovich, *admitted pro hac vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 815-4100
Email: jkpark@cgsh.com
        myelovich@cgsh.com

Charity E. Lee, *admitted pro hac vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Email: charitylee@cgsh.com

*Attorneys for Defendant Amazon.com, Inc.*

DATED: February 10, 2025           Respectfully submitted,

                                   /s/ Steve W. Berman
                                   Steve W. Berman (SBN 12536)
                                   HAGENS BERMAN SOBOL SHAPIRO LLP
                                   1301 Second Avenue, Suite 2000
                                   Seattle, WA 98101
                                   Telephone: (206) 623-7292
                                   Facsimile: (206) 623-0594
                                   Email: steve@hbsslaw.com

JOINT STATUS REPORT AND STIPULATED MOTION
(2:21-CV-00898-RSL) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Ben Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: benh@hbsslaw.com
         bens@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1

**ORDER**

2     The Court GRANTS the Parties' stipulated motion. The deadline for the Parties to agree

3  on custodians, search terms, and structured data, or to present disputes on those issues, is extended

4  to March 3, 2025.  The deadline for production of structured data is extended to May 2, 2025.

5

6     SO ORDERED this 11th day of February, 2025.

7

8                          _Mr S Lasnik_
                           Robert S. Lasnik
9                          United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

JOINT STATUS REPORT AND STIPULATED MOTION
(2:21-CV-00898-RSL) - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax