UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALVIN GREENBERG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Cause No. C21-0898RSL <br><br> MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

On February 25, 2025, The Association of Washington Business and the National Retail Federation moved for leave to file amicus briefs in this matter. The motions were neither stipulated nor noted on the Court's calendar for consideration.

The Clerk of Court is directed to note Dkt. # 103 and # 105 on the Court's calendar for consideration on March 18, 2025, pursuant to LCR 7(d)(3).

DATED this 26th day of February, 2025.

    /s/ Victoria Ericksen
Victoria Ericksen, Clerk to
the Honorable Robert S. Lasnik, District Judge

MINUTE ORDER - 1