UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALVIN GREENBERG, *et al.*,

            Plaintiffs,

    v.

AMAZON.COM, INC.,

            Defendant.

CASE NO. 2:21-cv-00898-RSL

ORDER

      This matter comes before the Court on requests by the Association of Washington Business and the National Retail Federation for leave to file amicus briefs in support of Amazon.com's motion to dismiss. Dkt. # 103 and # 105. Neither plaintiffs nor the State of Washington objects to consideration of the briefs, but plaintiffs request an opportunity to respond.

      The motions for leave to file amicus briefs are GRANTED. The Clerk of Court is directed to renote Amazon.com's motion to dismiss, Dkt. # 73, on the Court's calendar for consideration on April 2, 2025. Plaintiffs shall file their responses to the amicus briefs on or before that date.

      DATED this 19th day of March, 2025.

                                 Robert S. Lasnik
                                 United States District Judge

ORDER - 1