UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALVIN GREENBERG, et al., | CASE NO. 2:21-cv-00898-RSL |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| AMAZON.COM, INC., | |
| Defendant. | |

The following Minute Order is made and entered at the direction of the Honorable Robert S. Lasnik, United States District Judge:

Oral argument on Defendant's Motion for Protective Order Under Rule 26(c)(1) (Dkt. # 78) is scheduled for **Thursday, June 5, 2025 at 1:30 p.m.**, in Courtroom 15106 before Judge Robert S. Lasnik.

DATED this 1st day of May, 2025.

RAVI SUBRAMANIAN,
Clerk of Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Robert S. Lasnik

MINUTE ORDER - 1