The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALVIN GREENBERG, MICHAEL STEINBERG, and CHRISTINA KING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:21-cv-00898-RSL<br><br>**STIPULATED MOTION AND ORDER CONTINUING JUNE 5, 2025, HEARING AND RENOTING AMAZON'S PENDING MOTION FOR PROTECTIVE ORDER**<br><br>***CLERK'S ACTION REQUIRED*** |

Pursuant to Local Civil Rules 7(k) and (l), the Parties and their respective counsel stipulate as follows:

1. Amazon.com, Inc. ("Amazon") filed its Motion for a Protective Order (the "Motion") against Plaintiffs on December 4, 2024, moving to preclude discovery into products and transactions beyond those that are the subject of Plaintiffs' individual claims. Dkt. 78. This Motion was noted for December 18, 2024.

2. Plaintiffs responded to the Motion on December 13, 2024. Dkt. 83. Amazon filed its reply on December 18, 2024.  Dkt. 85.

3. The Court previously set a hearing on Amazon's Motion for June 5, 2025. Dkt. 131.

4. On May 23, 2025, after briefing on Amazon's Motion had concluded, Plaintiffs filed a Cross-Motion to Compel Withheld Data (the "Cross-Motion"), citing documents Amazon produced in April 2025. Dkt. 153. The Cross-Motion was noted for June 13, 2025.

5. Amazon reserves all rights with respect to the timing and appropriateness of Plaintiffs' Cross-Motion.

6. In any event, in light of Plaintiffs' Cross-Motion, the Parties met and conferred, and pursuant to LCR 7(l), agreed to jointly renote the Motion and the Cross-Motion for consideration on the same date, June 13, 2025.

7. The Parties have also agreed, subject to the Court's approval, to continue the June 5, 2025, hearing date so that the Court can, at its election and convenience, set a consolidated hearing on both the Motion and Cross-Motion once briefing on the Cross-Motion is complete.

THEREFORE, the Parties stipulate and agree, subject to the Court's approval, that the June 5, 2025, hearing be continued, and that Amazon's Motion for Protective Order be renoted for consideration on June 13, 2025.

| | | |
|---|---|---|
| 1 | DATED: May 30, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| | | By: /s/ *Steve W. Berman* |
| 4 | | Steve W. Berman (SBN 12536) |
| 5 | | Dana Abelson (SBN 63278) |
| | | 1301 Second Avenue, Suite 2000 |
| 6 | | Seattle, WA 98101 |
| 7 | | Telephone: (206) 623-7292 |
| | | Facsimile: (206) 623-0594 |
| 8 | | Email: steve@hbsslaw.com |
| | | dana.abelson@hbsslaw.com |

Ben Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
John Grant (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: benh@hbsslaw.com
bens@hbsslaw.com
john.grant@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*


By: /s/ *John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn T. Almeida, WSBA #49086
Nick Valera, WSBA #54220
Caitlyn C. Courtney, WSBA #62344
**DAVIS WRIGHT TREMAINE LLP**
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: johngoldmark@dwt.com
maryannalmeida@dwt.com
nickvalera@dwt.com
caitlyncourtney@dwt.com

John Freed, *admitted pro hac vice*
**DAVIS WRIGHT TREMAINE LLP**
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Email: jakefreed@dwt.com

By: /s/ *Jennifer Kennedy Park*
Jennifer Kennedy Park, *admitted pro hac vice*

STIPULATED MOTION FOR CONTINUANCE AND RENOTING - 3
CASE NO. 2:21-CV-00898-RSL
010923-11/3202210 V1

**HAGENS BERMAN**

Matthew M. Yelovich, *admitted pro hac vice*
Cleary Gottlieb Steen & Hamilton LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4100
Email: jkpark@cgsh.com
       myelovich@cgsh.com

Ryan Shores, *admitted pro hac vice*
Nowell D. Bamberger, *admitted pro hac vice*
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500
Email: rshores@cgsh.com
       nbamberger@cgsh.com

Charity E. Lee, *admitted pro hac vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Email: charitylee@cgsh.com

*Attorneys for Defendant Amazon.com, Inc.*

**ORDER**

The Court GRANTS the Parties' stipulated motion. The June 5, 2025, hearing (Dkt. 131 is HEREBY CONTINUED, to be re-set at the Court's discretion.  The Clerk of the Court is directed to RENOTE Amazon's Motion for Protective Order (Dkt. 78 for consideration on June 13, 2025.

It is so ordered.

DATED:  June 2, 2025.

*[signature]*

Robert S. Lasnik
UNITED STATES DISTRICT JUDGE