1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALVIN GREENBERG, MICHAEL STEINBERG, and CHRISTINA KING, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>                    Defendant. | No. 2:21-cv-00898-RSL<br><br>**STIPULATED MOTION AND ORDER REMOVING REMAINING DATES FROM SCHEDULE** |

STIPULATED MOTION AND ORDER
REMOVING REMAINING DATES FROM SCHEDULE
(Case No. 2:21-cv-00898-RSL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Pursuant to LCR 7(d) and 10(g), the Parties stipulate as follows:

1. On October 4, 2024, the Court entered an Order Setting Trial Date and Related Dates. Dkt. 69.

2. On November 4, 2024, Amazon.com, Inc. ("Amazon") filed its Motion to Dismiss under Rule 12(b)(6) and Motion to Strike Class Allegations under Rule 12(f) ("Motion to Dismiss and Strike"). Dkt. 73.

3. On December 4, 2024, Amazon filed its Motion for a Protective Order under Rule 26(c)(1) ("Motion for Protective Order"), moving to preclude discovery into products and transactions beyond those that are the subject of Plaintiffs' individual claims. Dkt. 78.

4. On May 23, 2025, Plaintiffs filed a Cross-Motion to Compel Withheld Data (the "Cross-Motion"), seeking production of data subject to pending Amazon's Motion for Protective Order. Dkt. 154.

5. The Parties face a number of upcoming deadlines, including Plaintiffs' motion for class certification and supporting experts due August 15, 2015. Dkt. 69. The Court has not yet ruled on Amazon's Motion to Dismiss and Strike (Dkt. 73), Amazon's Motion for a Protective Order (Dkt. 78), or Plaintiffs' Cross-Motion (Dkt. 165), which may impact the nature and scope of the claims in this litigation and relevant discovery, including the scope of the data Amazon will produce.

6. Given the pending motions and upcoming deadlines, the Parties met and conferred and agreed to jointly respectfully request that the Court take the remaining deadlines in the Order Setting Trial Date and Related Dates (Dkt. 69) off the calendar while the Motion to Dismiss and Strike, Motion for Protective Order, and Cross-Motion remain pending.

7. The Parties have agreed, subject to the Court's approval, to meet and confer about a new schedule within 15 days after the Court decides the Motion to Dismiss and Strike.

8. The Parties have been engaged in discovery, including the exchange of discovery requests and production of documents, and continue to do so while the Motion to Dismiss and Strike, Motion for Protective Order, and Cross-Motion remain pending.

STIPULATED MOTION AND ORDER
REMOVING REMAINING DATES FROM SCHEDULE
(Case No. 2:21-cv-00898-RSL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

THEREFORE, the Parties stipulate and agree, subject to the Court's approval, that the remaining dates on the Order Setting Trial Date and Related Dates be stricken. The Parties further stipulate and agree to meet and confer about a new schedule within 15 days after the Court decides the pending Motion to Dismiss and Strike.

DATED: July 1, 2025

Respectfully submitted,

By: /s/ Steve W. Berman
Steve W. Berman (WSBA #12536)
Dana Abelson (WSBA #63278)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com
Email: dana.abelson@hbsslaw.com

Ben Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
John Grant (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Email: benh@hbsslaw.com
Email: bens@hbsslaw.com
Email: john.grant@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

By: /s/ John A. Goldmark
John A. Goldmark, WSBA #40980
MaryAnn T. Almeida, WSBA #49086
Nick Valera, WSBA # 54220
Caitlyn C. Courtney, WSBA #62344
**DAVIS WRIGHT TREMAINE LLP**
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: johngoldmark@dwt.com
Email: maryannalmeida@dwt.com
Email: nickvalera@dwt.com

STIPULATED MOTION AND ORDER
REMOVING REMAINING DATES FROM SCHEDULE
(Case No. 2:21-cv-00898-RSL) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Email: caitlyncourtney@dwt.com

John Freed, *admitted pro hac vice*
**DAVIS WRIGHT TREMAINE LLP**
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Email: jakefreed@dwt.com

By: */s/ Jennifer Kennedy Park*
Jennifer Kennedy Park, *admitted pro hac vice*
Matthew M. Yelovich, *admitted pro hac vice*
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4100
Email: jkpark@cgsh.com
Email: myelovich@cgsh.com

Ryan Shores, *admitted pro hac vice*
Nowell D. Bamberger, *admitted pro hac vice*
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500
Email: rshores@cgsh.com
Email: nbamberger@cgsh.com

Charity E. Lee, *admitted pro hac vice*
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Email: charitylee@cgsh.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND ORDER
REMOVING REMAINING DATES FROM SCHEDULE
(Case No. 2:21-cv-00898-RSL) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

The Court GRANTS the Parties' stipulated motion. The remaining deadlines on the case schedule (Dkt. 69) are hereby stricken. The Parties shall meet and confer about a new schedule within 15 days after the Court decides Amazon's Motion to Dismiss and Strike.

It is so ordered.

DATED: July 2, 2025

Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
REMOVING REMAINING DATES FROM SCHEDULE
(Case No. 2:21-cv-00898-RSL) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax