UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALVIN GREENBERG, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM, INC.,<br><br>　　　　Defendant. | Cause No. 2:21-cv-00898-RSL<br><br>ORDER GRANTING IN PART MOTION TO SEAL<br>(Dkt. # 124) |

　　　This matter comes before the Court on "Plaintiffs' Motion to Provisionally Seal Another Party's Materials." Dkt. 124. The Court, having considered the motion, defendants' response, and the sealed documents, hereby ORDERS that the motion is GRANTED in part. Exhibits D and E to the Declaration of Ben Harrington (Dkt. 126-1 and 126-2) will remain under seal. The Clerk of Court is directed to unseal Dkt. 125 and Dkt. 126-3 through 126-5.

　　　Dated this 29th day of August, 2025.

　　　　　　　　　　　　　　　　　　*/s/ Robert S. Lasnik*
　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1