The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALVIN GREENBERG, MICHAEL STEINBERG, and CHRISTINA KING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:21-cv-00898-RSL<br><br>**AMAZON'S NOTICE OF REDACTED EXHIBITS** |

In its Order Granting in Part Motion to Seal, Dkt. 189, the Court directed Amazon that it may submit redacted versions of Dkt. 149-04 through 149-08. Amazon submits, as attachments to this notice, redacted versions of Dkt. 149-04, Dkt. 149-05, and Dkt. 149-06. Amazon elects not to submit redacted versions of the remaining exhibits identified in the Court's Order, Dkt. 149-07 and Dkt. 149-08.

In the attached versions, Amazon has redacted private phone numbers and meeting codes shared by Amazon employees. It also has redacted limited references to private health information about a family member of an Amazon employee, who is not a party to this case and whose health has no bearing on any issue before the Court in the underlying motion practice. Although not

AMAZON'S NOTICE OF REDACTED EXHIBITS
(Case No. 2:21-cv-00898-RSL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

specifically identified as an area of redaction in the Court's Order, Amazon submits these health-related redactions consistent with longstanding and widespread practice of shielding from public disclosure health information of private individuals. *See, e.g.*, *S.L. by & through J.L. v. Cross*, 675 F. Supp. 3d 1138, 1147 (W.D. Wash. 2023) (sealing administrative record because it contains "sensitive personal health information"); *Pac. Nw. Reg'l Council of Carpenters v. Spee W. Constr. Co.*, 2023 WL 3224494, at *2 (W.D. Wash. May 3, 2023) (sealing declaration based on "counsel's legitimate privacy interest in his personal health and medical information"). As Amazon previously stated in its sealing submission, Amazon considers this information confidential in the interest of employee privacy. *See* Decl. of Chris Brown, Dkt. 159 ¶ 5.

Should the Court require additional briefing on this point, Amazon respectfully requests the opportunity to provide it.

DATED: September 19, 2025        Respectfully submitted,

*s/ John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn T. Almeida, WSBA #49086
Nick Valera, WSBA # 54220
Caitlyn C. Courtney, WSBA #62344
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: johngoldmark@dwt.com
         maryannalmeida@dwt.com
         nickvalera@dwt.com
         caitlyncourtney@dwt.com

John Freed, *admitted pro hac vice*
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Email: jakefreed@dwt.com

*s/ Jennifer Kennedy Park*
Jennifer Kennedy Park, *admitted pro hac vice*
Matthew M. Yelovich, *admitted pro hac vice*

AMAZON'S NOTICE OF REDACTED EXHIBITS
(Case No. 2:21-cv-00898-RSL) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4100
Email: jkpark@cgsh.com
   myelovich@cgsh.com

Ryan Shores, *admitted pro hac vice*
Nowell D. Bamberger, *admitted pro hac vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP

2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500
Email: rshores@cgsh.com
   nbamberger@cgsh.com

Charity E. Lee, *admitted pro hac vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Email: charitylee@cgsh.com

*Attorneys for Defendant Amazon.com, Inc.*

AMAZON'S NOTICE OF REDACTED EXHIBITS
(Case No. 2:21-cv-00898-RSL) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax