UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALVIN GREENBERG, MICHAEL STEINBERG, and CHRISTINA KING, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>               Defendant. | No. 2:21-cv-00898-RSL<br><br>**STIPULATED MOTION AND ORDER SETTING PROCESS FOR SEALING CONFIDENTIAL MATERIALS ON MOTION FOR SPOLIATION SANCTIONS** |

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

The Parties and their respective counsel stipulate and request that the Court order as follows:

1.      On December 8, 2025, Plaintiffs filed under provisional seal a Motion for Spoliation Sanctions (Dkt. 193) ("Motion") with a Motion to Provisionally Seal Another Party's Materials (Dkt. 192).  Plaintiffs attached to and discussed in their Motion certain documents Amazon has designated Confidential or Highly Confidential under the Protective Order in this case.  *See* Dkts. 193 and 194.

2.      The Parties anticipate that further briefing on Plaintiffs' Motion may likewise reference Amazon's confidential materials.

3.      In the interest of efficiency and judicial economy, the Parties stipulate and jointly propose that Amazon submit a single brief to support the sealing of any materials for which it intends to seek continued sealing in connection with the briefing on Plaintiffs' Motion, rather than separate sealing papers for each brief filed.

4.      Plaintiffs' Motion to Provisionally Seal (Dkt. 192) shall be deemed to apply to any of Amazon's confidential materials filed in connection with the briefing on Plaintiffs' Motion.  Pursuant to LCR 5(g)(2), Plaintiffs and Amazon will provisionally file under seal those portions of any briefing, declarations, exhibits, and all other evidence which may contain material designated Confidential or Highly Confidential.

5.      Following the completion of briefing, the Parties will meet and confer regarding sealing.  Amazon's response regarding sealing, and any proposed redactions, will be due two weeks after briefing on Plaintiffs' Motion is completed.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED this 18th day of December, 2025.

Respectfully submitted,

By: */s/ John A. Goldmark*
    John A. Goldmark, WSBA #40980
    MaryAnn T. Almeida, WSBA #49086
    Nicholas A. Valera, WSBA # 54220

STIPULATED MOTION AND ORDER SETTING
PROCESS FOR SEALING CONFIDENTIAL MATERIALS
(2:21-cv-00898-RSL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Caitlyn C. Courtney, WSBA #62344
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone:  (206) 622-3150
Email:  johngoldmark@dwt.com
       maryannalmeida@dwt.com
       nickvalera@dwt.com
       caitlyncourtney@dwt.com

John Freed, *admitted pro hac vice*
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone:  (415) 276-6500
Email:  jakefreed@dwt.com

By: */s/ Jennifer Kennedy Park*
    Jennifer Kennedy Park, *admitted pro hac vice*
    Matthew M. Yelovich, *admitted pro hac vice*
    CLEARY GOTTLIEB STEEN & HAMILTON LLP
    1841 Page Mill Road, Suite 250
    Palo Alto, CA 94304
    Telephone:  (650) 815-4100
    Email:  jkpark@cgsh.com
        myelovich@cgsh.com

Ryan Shores, *admitted pro hac vice*
Nowell D. Bamberger, *admitted pro hac vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone:  (202) 974-1500
Email:  rshores@cgsh.com
       nbamberger@cgsh.com

Charity E. Lee, *admitted pro hac vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Email:  charitylee@cgsh.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATED MOTION AND ORDER SETTING
PROCESS FOR SEALING CONFIDENTIAL MATERIALS
(2:21-cv-00898-RSL) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

By: /s/ Steve W. Berman
Steve W. Berman (SBN 12536)
Dana Abelson (SBN 63278)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone:  (206) 623-7292
Email:  steve@hbsslaw.com
dana.abelson@hbsslaw.com

Ben Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
John Grant (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone:  (510) 725-3000
Email:  benh@hbsslaw.com
bens@hbsslaw.com
john.grant@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

Pursuant to the Parties' Stipulation, IT IS SO ORDERED.

Dated this 19th day of December, 2025.

Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER SETTING
PROCESS FOR SEALING CONFIDENTIAL MATERIALS
(2:21-cv-00898-RSL) - 3