UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALVIN GREENBERG, MICHAEL STEINBERG, and CHRISTINA KING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-CV-00898-RSL<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINES** |

1. Pending before the Court are two discovery motions ("Motions"): (a) Plaintiffs' Motion for Spoliation Sanctions, Dkt. 195; and (b) Amazon's Motion to Compel, Dkt. 198.

2. Under the Local Rules and standard briefing schedules, the parties are required to file briefs on the Motions during the holidays. After meeting and conferring, the parties stipulate and agree to extend the briefing schedule on the Motions as follows and re-note the Motions for January 29, 2026, with the Court's permission:

| Motion | Existing Deadline(s) | Proposed Deadline(s) |
|---|---|---|
| Plaintiffs' Motion for Spoliation Sanctions, Dkt. 195 | Opposition Due: 12/23/2025 | Opposition Due: 1/16/2026 |
| | Reply Due: 12/29/2025 | Reply Due: 1/29/2026 |
| Amazon's Motion to Compel, Dkt. 198 | Opposition Due: 1/2/2026 | Opposition Due: 1/16/2026 |
| | Reply Due: 1/8/2026 | Reply Due: 1/29/2026 |

STIPULATED MOTION AND ORDER TO EXTEND DEADLINES
(2:21-cv-898-RSL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

3. The Parties respectfully request that the Court grant this stipulated motion and that the Clerk reset the deadlines on each Motion as set forth above, to account for intervening holidays and out-of-office schedules.

4. This extension will not require changes to any other case deadlines.

DATED this 22nd day of December, 2025.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ *John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn T. Almeida, WSBA #49086
Nicholas A. Valera, WSBA # 54220
Caitlyn Courtney, WSBA #62344
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: johngoldmark@dwt.com
maryannalmeida@dwt.com
nickvalera@dwt.com
caitlyncourtney@dwt.com

John Freed, *admitted pro hac vice*
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Email: jakefreed@dwt.com

Jennifer Kennedy Park, *admitted pro hac vice*
Matthew M. Yelovich, *admitted pro hac vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA
Telephone: (650) 815-4100
Email: jkpark@cgsh.com
myelovich@cgsh.com

Ryan Shores, *admitted pro hac vice*
Nowell D. Bamberger, *admitted pro hac vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037

STIPULATED MOTION AND ORDER TO EXTEND DEADLINES
(2:21-cv-898-RSL) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Telephone: (202) 974-1500
Fax: (202) 974-1999
Email: rshores@cgsh.com
      nbamberger@cgsh.com

Charity E. Lee, *admitted pro hac vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Fax: (212) 225-3999
Email: charitylee@cgsh.com

*Attorneys for Defendant Amazon.com, Inc.*


By: */s/ Steve W. Berman*
Steve W. Berman (SBN 12536)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Email: steve@hbsslaw.com

Ben Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA  94710
Telephone: (510) 725-3000
Email: benh@hbsslaw.com
   bens@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

*I certify that this memorandum contains 167 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION AND ORDER TO EXTEND DEADLINES
(2:21-cv-898-RSL) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

The Court GRANTS the Parties' stipulated motion. The deadline for the Parties' respective Oppositions and Replies on the outstanding discovery-related motions, Dkts. 195 and 198, are extended per the Parties' stipulation. The Clerk of Court is directed to renote Dkts. 195 and 198 for consideration on January 29, 2026.

Dated this 23rd day of December, 2025.

Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND DEADLINES
(2:21-cv-898-RSL) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax