The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALVIN GREENBERG, MICHAEL STEINBERG, and CHRISTINA KING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-CV-00898-RSL<br><br>**DEFENDANT AMAZON.COM, INC.'S MOTION TO FILE OVERLENGTH BRIEF PURSUANT TO LCR 7(f)**<br><br>NOTE ON MOTION CALENDAR: January 13, 2026 |

Under Local Civil Rule 7(f), Amazon respectfully requests leave to file an overlength opposition to Plaintiffs' Motion for Sanctions (Dkt. 195).

Plaintiffs' Motion requests sanctions that, if granted, would impose extreme and debilitating restrictions on Amazon's ability to defend itself. Plaintiffs effectively seek terminating sanctions. They would bar Amazon from putting on critical evidence supporting its case, including testimony and supporting documentation disproving Plaintiffs' allegations. They would also preclude Amazon from even arguing that it made good-faith efforts to prevent price gouging during the pandemic. Further, Plaintiffs demand a "mandatory adverse inference" that "Amazon did not take good faith efforts to prevent price-gouging," Dkt. 195 at 9, 11, contrary to

AMAZON'S MOTION TO FILE OVERLENGTH BRIEF
(2:21-CV-00898-RSL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

what the massive amount of evidence produced in discovery shows. Plaintiffs ultimately seek to establish liability on the basis of their conclusory 4,200-word discovery motion.

Given Plaintiffs' accusations, their misstatements and oversimplifications that require correction and context, and the severity of Plaintiffs' requested sanctions, a full and fair presentation of Amazon's opposition to Plaintiffs' Motion requires more than the default 4,200 words under LCR 7(e)(4). To fairly defend itself, and as permitted by LCR 7(f), Amazon seeks leave of Court to file an overlength opposition, of up to 6,300 words (a 50% enlargement).[1] Under LCR 7(f)(4), Plaintiffs will receive a proportionate expansion of their reply brief of up to half the length of Amazon's opposition.

DATED this 13th day of January, 2026.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ John Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn T. Almeida, WSBA #49086
Nicholas A. Valera, WSBA # 54220
Caitlyn Courtney, WSBA #62344
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: johngoldmark@dwt.com
        maryannalmeida@dwt.com
        nickvalera@dwt.com
        caitlyncourtney@dwt.com

John Freed, *admitted pro hac vice*
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Email: jakefreed@dwt.com

---

[1] Amazon asked Plaintiffs to consent to its request for additional words. Plaintiffs declined unless they received the same amount of additional words on their reply as Amazon seeks for its response, which is contrary to the Local Rules. LCR 7(f)(4) governs Amazon's over-length request and already affords Plaintiffs a proportionate expansion for their reply brief, "not [to] exceed one-half the total length of the brief filed in opposition."

AMAZON'S MOTION TO FILE OVERLENGTH BRIEF
(2:21-CV-00898-RSL) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

By: */s/Jennifer Kennedy Park*
Jennifer Kennedy Park, *admitted pro hac vice*
Matthew M. Yelovich, *admitted pro hac vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA
Telephone: (650) 815-4100
Email: jkpark@cgsh.com
          myelovich@cgsh.com

Ryan Shores, *admitted pro hac vice*
Nowell D. Bamberger, *admitted pro hac vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500
Fax: (202) 974-1999
Email: rshores@cgsh.com
          nbamberger@cgsh.com

Charity E. Lee, *admitted pro hac vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Fax: (212) 225-3999
Email: charitylee@cgsh.com
*Attorneys for Defendant Amazon.com, Inc.*

*I certify that this memorandum contains 293 words, in compliance with the Local Civil Rules.*

AMAZON'S MOTION TO FILE OVERLENGTH BRIEF
(2:21-CV-00898-RSL) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax