UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALVIN GREENBERG, MICHAEL STEINBERG, and CHRISTINA KING, on behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>                      Defendant. | No. 2:21-cv-00898-RSL<br><br>**STIPULATED MOTION AND ORDER EXTENDING DEADLINE TO ANSWER PLAINTIFFS' SECOND AMENDED COMPLAINT** |

Pursuant to LCR 7(d) and 10(g), the Parties stipulate as follows:

    1.    On September 20, 2024, Plaintiffs filed their Second Amended Complaint ("SAC"). Dkt. 66.

    2.    On November 4, 2024, Amazon.com, Inc. ("Amazon") filed its Motion to Dismiss under Rule 12(b)(6) and Motion to Strike Class Allegations under Rule 12(f) ("Motion to Dismiss and Strike"). Dkt. 73.

    3.    On January 5, 2026, the Cout entered its Order denying Amazon's Motion to Dismiss and Strike. Dkt. 210.

    4.    Amazon's answer to the SAC is currently due on January 20, 2026.

STIPULATED MOTION AND ORDER
REMOVING REMAINING DATES FROM SCHEDULE
(Case No. 2:21-cv-00898-RSL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

5.      In light of the number of allegations in the SAC, Amazon requires an extension of time to February 19, 2026, to prepare its answer.

6.      Plaintiffs agreed to such extension.

7.      Subject to the Court's approval, the Parties, by and through their counsel of record, stipulate and agree that Amazon's time to answer the SAC shall be extended to February 19, 2026.

DATED this 15th day of January 2026.

Respectfully submitted,

By: */s/ John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn T. Almeida, WSBA #49086
Nicholas A. Valera, WSBA # 54220
Caitlyn C. Courtney, WSBA #62344
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone:  (206) 622-3150
Email:  johngoldmark@dwt.com
         maryannalmeida@dwt.com
         nickvalera@dwt.com
         caitlyncourtney@dwt.com

John Freed, *admitted pro hac vice*
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone:  (415) 276-6500
Email:  jakefreed@dwt.com

By: */s/ Jennifer Kennedy Park*
Jennifer Kennedy Park, *admitted pro hac vice*
Matthew M. Yelovich, *admitted pro hac vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone:  (650) 815-4100
Email:  jkpark@cgsh.com
         myelovich@cgsh.com

Ryan Shores, *admitted pro hac vice*
Nowell D. Bamberger, *admitted pro hac vice*

STIPULATED MOTION AND ORDER
REMOVING REMAINING DATES FROM SCHEDULE
(Case No. 2:21-cv-00898-RSL) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

    CLEARY GOTTLIEB STEEN & HAMILTON LLP
    2112 Pennsylvania Avenue, NW
    Washington, DC 20037
    Telephone:  (202) 974-1500
    Email:  rshores@cgsh.com
       nbamberger@cgsh.com

    Charity E. Lee, *admitted pro hac vice*
    CLEARY GOTTLIEB STEEN & HAMILTON LLP
    One Liberty Plaza
    New York, New York 10006
    Telephone:  (212) 225-2000
    Email:  charitylee@cgsh.com

  *Attorneys for Defendant Amazon.com, Inc.*

By: */s/ Steve W. Berman*
  Steve W. Berman (SBN 12536)
  Dana Abelson (SBN) 63278)
  HAGENS BERMAN SOBOL SHAPIRO LLP
  1301 Second Avenue, Suite 2000
  Seattle, WA 98101
  Telephone:  (206) 623-7292
  Email:  steve@hbsslaw.com
  dana.abelson@hbsslaw.com

  Ben Harrington (*pro hac vice*)
  Benjamin J. Siegel (*pro hac vice*)
  John Grant (*pro hac vice*)
  HAGENS BERMAN SOBOL SHAPIRO LLP
  715 Hearst Avenue, Suite 300
  Berkeley, CA 94710
  Telephone:  (510) 725-3000
  Email:  benh@hbsslaw.com
  bens@hbsslaw.com
  john.grant@hbsslaw.com

  *Attorneys for Plaintiffs and the Proposed Class*

STIPULATED MOTION AND ORDER
REMOVING REMAINING DATES FROM SCHEDULE
(Case No. 2:21-cv-00898-RSL) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## ORDER

The Court GRANTS the Parties' stipulated motion. Amazon's deadline to respond to the SAC is extended from January 20, 2026 to February 19, 2026.

It is SO ORDERED.

Dated this 16th day of January, 2026.

*Robert S. Lasnik*
Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
REMOVING REMAINING DATES FROM SCHEDULE
(Case No. 2:21-cv-00898-RSL) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax