UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALVIN GREENBERG, MICHAEL STEINBERG, and CHRISTINA KING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-CV-00898-RSL<br><br>**ORDER GRANTING MOTIONS TO FILE OVERLENGTH BRIEFS PURSUANT TO LCR 7(f)** |

This matter comes before the Court upon Amazon's motion to file an overlength brief pursuant to Local Civil Rule 7(f) (Dkt. 212) and plaintiffs' conditional motion for the same relief (Dkt. 227). The motions are GRANTED. Amazon's opposition brief will be considered in its entirety, and plaintiffs may file a reply limited to 4,200 words.

Dated this 21st day of January, 2026.

Robert S. Lasnik
United States District Judge