The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALVIN GREENBERG, MICHAEL STEINBERG, and CHRISTINA KING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | No. 2:21-cv-00898-RSL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER ON SPOLIATION MOTION BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR: January 28, 2026 |

STIPULATED MOTION AND [PROPOSED] ORDER ON SPOLIATION MOTION BRIEFING SCHEDULE (Case No. 2:21-cv-00898-RSL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Pursuant to LCR 7(d) and 10(g), the Parties stipulate as follows:

1. On December 8, 2025, Plaintiffs filed their Motion for Spoliation Sanctions, Dkt. 193 (the "Motion"), to which Amazon filed a Response on January 16, 2026, Dkt. 219 (the "Response").

2. The Parties have conferred and Amazon has agreed to provide limited discovery related to its Response. Specifically, Amazon has agreed to provide a Rule 30(b)(6) deposition, not to exceed three and a half hours on the record, on (1) the topic noticed in Plaintiffs' January 24, 2026, Notice of Deposition, and (2) the contents of the Laura Marion declaration filed in support of Amazon's Response (Dkt. 220). The Parties have not yet agreed to a date for this deposition, which remains contingent on schedules and the completion of certain data processing and reporting. Plaintiffs' Counsel provided on January 27, 2026, a non-exhaustive list of information they expect the deposition to cover, on which the Parties have agreed to confer.

3. Amazon will share, at least two days in advance of the 30(b)(6) deposition discussed in Paragraph 2, any vendor reports or other metrics that the 30(b)(6) designee is going to rely on to answer questions about the data referenced in Amazon's Response (Dkt. 219 at 18) (citing John A. Goldmark Declaration ¶15).

4. To afford the Parties adequate time to prepare for and conduct this deposition and to brief testimony from it, the Parties stipulate and agree to the following schedule for further briefing on the Motion, subject to the Court's approval:

| Brief | Deadline | Length |
|---|---|---|
| Amazon's Supplemental Submission | One week after the Rule 30(b)(6) deposition | Not to exceed 2100 words |
| Plaintiffs' Reply Brief | Two weeks after Amazon's supplemental submission | 4200 words, plus the length of Amazon's supplemental submission |

STIPULATED MOTION AND [PROPOSED] ORDER
ON SPOLIATION MOTION BRIEFING SCHEDULE
(Case No. 2:21-cv-00898-RSL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

5. When the Parties have agreed on a date for the Rule 30(b)(6) deposition described in Paragraph 2, they will submit a joint notice to the Court to set the dates certain as detailed in the above table.

6. Should Amazon submit additional evidence in connection with its Supplemental Submission, the Parties will confer in good faith regarding any discovery Plaintiffs request on that basis.

7. This briefing schedule does not require the adjustment of any other deadlines set in this case. Good cause supports this adjustment to the briefing schedule on this Motion to afford time for the discovery and briefing described above.

DATED this 28th day of January 2026.

Respectfully submitted,

By: */s/ John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn T. Almeida, WSBA #49086
Nicholas A. Valera, WSBA # 54220
Caitlyn C. Courtney, WSBA #62344
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: johngoldmark@dwt.com
       maryannalmeida@dwt.com
       nickvalera@dwt.com
       caitlyncourtney@dwt.com

John Freed, *admitted pro hac vice*
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
Email: jakefreed@dwt.com

By: */s/ Jennifer Kennedy Park*
Jennifer Kennedy Park, *admitted pro hac vice*
Matthew M. Yelovich, *admitted pro hac vice*

STIPULATED MOTION AND [PROPOSED] ORDER
ON SPOLIATION MOTION BRIEFING SCHEDULE
(Case No. 2:21-cv-00898-RSL) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

|   |   |
|---|---|
| 1 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 2 | 1841 Page Mill Road, Suite 250 |
|   | Palo Alto, CA 94304 |
| 3 | Telephone:  (650) 815-4100 |
|   | Email:  jkpark@cgsh.com |
| 4 |           myelovich@cgsh.com |

Ryan Shores, *admitted pro hac vice*
Nowell D. Bamberger, *admitted pro hac vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone:  (202) 974-1500
Email:  rshores@cgsh.com
         nbamberger@cgsh.com

Charity E. Lee, *admitted pro hac vice*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Email:  charitylee@cgsh.com

*Attorneys for Defendant Amazon.com, Inc.*

By: */s/ Steve W. Berman*
    Steve W. Berman (SBN 12536)
    Dana Abelson (SBN 63278)
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101
    Telephone:  (206) 623-7292
    Email:  steve@hbsslaw.com
    dana.abelson@hbsslaw.com

    Ben Harrington (*pro hac vice*)
    Benjamin J. Siegel (*pro hac vice*)
    John Grant (*pro hac vice*)
    HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 300
    Berkeley, CA 94710
    Telephone:  (510) 725-3000
    Email:  benh@hbsslaw.com
    bens@hbsslaw.com
    john.grant@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

STIPULATED MOTION AND [PROPOSED] ORDER
ON SPOLIATION MOTION BRIEFING SCHEDULE
(Case No. 2:21-cv-00898-RSL) - 3

**[PROPOSED] ORDER**

The Court GRANTS the Parties' stipulated motion. The Parties shall apprise the Court of the deadlines for further briefing when established by the date of the Rule 30(b)(6) deposition.

It is SO ORDERED.

DATED: _____          _____
                                Robert S. Lasnik
                                UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER
ON SPOLIATION MOTION BRIEFING SCHEDULE
(Case No. 2:21-cv-00898-RSL) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax