The Honorable Robert S. Lasnik

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

MICHAEL STEINBERG and CHRISTINA KING, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., a Delaware corporation,

Defendant.

Case No. 2:21-cv-00898-RSL

**STIPULATED MOTION AND ORDER REGARDING LENGTH AND SEALING OF CLASS CERTIFICATION AND RELATED *DAUBERT* BRIEFING**



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

The parties in the above-captioned action ("Parties"), by and through their respective undersigned counsel, have agreed and stipulated as follows:

1. The Parties agree that good cause justifies an extension of the word limit on the Parties' class certification briefing. Plaintiffs' proposed consumer class action on behalf of Amazon customers presents a substantial putative class and raises intricate factual, economic, and legal issues warranting additional briefing space. Courts commonly allow extended briefing in complex litigation, including at class certification, and the Parties agree that such an extension is appropriate in this case and will assist the Court's evaluation of class certification requirements.

2. The Parties therefore propose the following modification of the Court's word limit:

| **Brief** | **Current Word Limit (LCR 7(e)(3))** | **Proposed Word Limit** |
|---|---|---|
| Plaintiffs' Motion for Class Certification | 8,400 | 16,800 |
| Amazon's Opposition to Motion to Certify Class | 8,400 | 16,800 |
| Plaintiffs' Reply in Support of Motion to Certify Class | 4,200 | 8,400 |

3. The Parties also anticipate that their class certification briefs, declarations, exhibits, and expert reports—and any related *Daubert* briefs, declarations, and exhibits—will quote from and/or describe in detail a significant amount of information that has been designated as Confidential or Highly Confidential by either a Party or Non-Party. Accordingly, in order to ensure that such materials are treated appropriately under the applicable protective order, and to reduce burdens on the Court, the Parties, and Non-Parties, pursuant to LCR 7(d)(1) and 10(g), the Parties and their respective counsel hereby stipulate and agree to a specific procedure for filing and sealing in connection with the Parties' class certification briefing, subject to the Court's approval.

4. Pursuant to LCR 5(g)(2), each party will provisionally file under seal its class certification briefs and exhibits, expert declarations or reports, class-certification *Daubert* briefs and exhibits, and all other evidence and declarations on which that Party relies (collectively, "Class Certification Papers") which contain material designated Confidential or Highly Confidential by any Party or Non-Party.



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX

5. Within four weeks of completion of the Parties' class certification and related *Daubert* briefing, pursuant to LCR 5(g), the Parties, and any necessary Non-Parties, will meet and confer and, as appropriate, file (1) public versions of their Class Certification Papers, with necessary redactions, and (2) corresponding motion(s) to seal pursuant to LCR 5(g)(3).

6. The Party or Non-Party seeking to maintain material under seal (or under redaction) shall be the movant for purposes of any such motion(s) to seal associated with the Parties' Class Certification Papers.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED: August 25, 2026

Respectfully submitted,

*/s/ Steve W. Berman*
Steve W. Berman (SBN 12536)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Ben Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
John Michael Grant (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
benh@hbsslaw.com
bens@hbsslaw.com
john.grant@hbsslaw.com

Dana Abelson (SBN 63278)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
dana.abelson@hbsslaw.com

*Attorneys for Plaintiffs*

DATED: August 25, 2026

Respectfully submitted,

*/s/ John A. Goldmark*
John A. Goldmark, WSBA #40980
MaryAnn T. Almeida, WSBA #49086
Nicholas A. Valera, WSBA # 54220
Caitlyn C. Courtney, WSBA #62344
**DAVIS WRIGHT TREMAINE LLP**
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
Email: johngoldmark@dwt.com
maryannalmeida@dwt.com
nickvalera@dwt.com
caitlyncourtney@dwt.com

John Freed, admitted pro hac vice
**DAVIS WRIGHT TREMAINE LLP**
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
jakefreed@dwt.com

*/s/ Jennifer Kennedy Park*
Jennifer Kennedy Park, admitted pro hac vice
Matthew M. Yelovich, admitted pro hac vice
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
1841 Page Mill Road, Suite 250
Palo Alto, CA 94304
Telephone: (650) 815-4100
jkpark@cgsh.com
myelovich@cgsh.com

Ryan Shores, admitted pro hac vice
Nowell D. Bamberger, admitted pro hac vice
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1500
rshores@cgsh.com
nbamberger@cgsh.com

Charity E. Lee, admitted pro hac vice
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
charitylee@cgsh.com

*Attorneys for Defendant Amazon.com, Inc.*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: August 27, 2026.

Robert S. Lasnik
United States District Judge



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE (206) 623-0594 FAX